UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Daniel Smithwick,<br><br>                    Plaintiff,<br>     v.<br><br>Southpoint Management Group LLC,<br><br>                    Defendant. | Civil Action No.: 4:11-cv-00240-Y |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 18, 2011

Respectfully submitted,
By: __/s/ Diana P. Larson_____
Diana P. Larson
Texas Bar No. 24007799
The Larson Law Office, PLLC
440 Louisiana, Suite 900
Houston, Texas  77002
Telephone:  (713) 221-9088
Facsimile:  (832) 415-9762
Email:  diana@thelarsonlawoffice.com

Of Counsel To:
LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By   /s/ Diana P. Larson

                                             Diana P. Larson