IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DANIEL SMITHWICK                    §
                                    §
VS.                                 §    CIVIL ACTION NO. 4:11-CV-240-Y
                                    §
CRED X RECOVERY, LLC                §

## FINAL JUDGMENT

Pursuant to Plaintiff's notice of dismissal (doc. 8) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in the above-styled and -numbered cause are DISMISSED WITHOUT PREJUDICE. All costs under Rule 54(d) and 28 U.S.C. § 1920 shall be taxed against the party that incurred them.

SIGNED October 11, 2011.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/dc